UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 23-cr-20639
                                                      Hon. Matthew F. Leitman

v.

KADEEM JACKSON,

        Defendant.

_____/

**EXPARTE MOTION ALLOWING**
**LAPTOP INTO CORRECTIONAL FACILITY**

     Defendant Kadeem Jackson, through his attorney, Brandy Y. Robinson of the Federal Community Defender, respectfully requests that this Court order that that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material, due to the refusal of the correctional facility to allow a laptop into their facility without a court order.

                                                    Respectfully submitted,

                                                    **FEDERAL COMMUNITY DEFENDER**
                                                    **EASTERN DISTRICT OF MICHIGAN**

                                                    s/Brandy Y. Robinson
                                                    BRANDY Y. ROBINSON (P66895)
                                                    Attorney for Kadeem Jackson
                                                    613 Abbott Street, Suite 500
                                                    Detroit, Michigan 48226
                                                    (313) 967-5852
                                                    E-mail: brandy_robinson@fd.org

Dated: January 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 23-cr-20639
                                             Hon. Matthew F. Leitman

v.

KADEEM JACKSON,

        Defendant.
_____/

## EXPARTE ORDER ALLOWING
## LAPTOP INTO CORRECTIONAL FACILITY

Upon Defendant's need to view electronic discovery material in the correctional facility housing defendant, and the Court being aware of the refusal of the correctional facility to allow a laptop into their facility without a court order;

**IT IS HEREBY ORDERED** that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material.

                                             s/Matthew F. Leitman_____
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  January 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126